
PROB 12C
(11/09/17)SWPA



# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF NEW YORK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Charles Victor | Case Number: | 0207 1:09CR00136 |

Name of Sentencing Judicial Officer:    The Honorable John Gleeson, U.S. District Court Judge

Name of Presiding Judicial Officer:    The Honorable Eric N. Vitaliano, U.S. District Court Judge

Date of Original Sentence:    November 6, 2009

Original Offense:    18 U.S.C. 922(g)(1) and 924(a)(2), Felon in Possession of Ammunition, a Class C felony; 18 U.S.C. 931(a) and 924(a)(7), Felon in Possession of Body Armor, a Class E felony

Original Sentence:    One-hundred and eight (108) months custody on count two, and thirty-six (36) months custody, on count three, to run concurrently, followed by three (3) years supervised release, and a $200 special assessment fee. The following special conditions of supervised release were imposed: 1) participation in mental health treatment as directed by the supervising officer; 2) participation in drug/substance abuse treatment as directed by the supervising officer; 3) search condition; and 4) participation in the 500-hour drug/substance abuse treatment program while incarcerated.

Previous Modification:    On July 19, 2018, Victor's conditions were modified to include 90 days of location monitoring as a result of his drug use.

Type of Supervision:    Supervised Release        Date Supervision Commenced:    November 23, 2016

Assistant U.S. Attorney
Matthew S. Amatruda, Esq.
271 Cadman Plaza East
Brooklyn, NY 11201
718-254-7012
matthew.amatruda@usdoj.gov

Defense Counsel
Lucas E. Andino, Esq.
10 East 40th Street
New York, NY 10016
212-679-3735
leandino@aol.com

---

## PETITIONING THE COURT

☑  To issue a warrant, AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.

The probation officer believes that the offender has violated the following condition of supervision:

*PROB 12C - Petition for Warrant or Summons for Offender Under Supervision* Page 2
*Charles Victor*  PACTS:56338  Case Number: 0207 1:09CR00136

| Violation Number | Nature of Noncompliance |
|---|---|
| One through Seven | New Criminal Conduct: Criminal Sale of a Controlled Substance |

U.S. Probation Officer Recommendation:

☑ The term of supervision should be revoked

I declare under penalty that the foregoing is true and correct.

Jla  
Digitally signed by Jla  
Date: 2018.11.14 11:59:04 -05'00'

John L. Almanza  
Senior U.S. Probation Officer  
Date: November 14, 2018

Approved by,

Nella Yelenovic  
Supervisory U.S. Probation Officer  
Date: November 14, 2018

---

**THE COURT ORDERS:**

☑ The Issuance of a Warrant, AND ADDITIONALLY ORDERS THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.

☐ The Issuance of a Summons.

☐ Other

**UPON EXECUTION OF THE WARRANT:**

☐ Defendant is ordered brought before District Judge forthwith.

☑ Initial appearance, arraignment on Violation Of Supervised Release charges, and detention hearing before Magistrate Judge

s/Eric N. Vitaliano  
Signature of Judicial Officer  
NOV 15 2018  
Date